11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Troy Hunt and Troy Hunt Homes, Inc.

Appellants

Vs.                   No. 11-00-00222-CV B Appeal from Scurry County

Billy Stephens and wife, Kendra Stephens

Appellees

 

                                                              Supplemental
Opinion 

Billy Stephens and wife, Kendra Stephens,
filed a remittitur of $28,273 on October 1, 2002, in compliance with the
suggestion of remittitur by this court. 
Therefore, the trial court=s judgment is reduced by the amount of the remittitur and now reflects
that Billy Stephens and wife, Kendra Stephens, recover from Troy Hunt and Troy
Hunt Homes, Inc., jointly and severally, a total of $70,702 in damages.  Prejudgment and postjudgment interest
awarded by the trial court shall be calculated using the $70,702 total damages
figure.  As modified, that portion of
the trial court=s judgment is affirmed.  Consistent with our September 12, 2002,
opinion and judgment, the portion of the trial court=s judgment awarding treble damages is
reversed, and judgment is rendered that the damages are not trebled.

 

AUSTIN McCLOUD

SENIOR JUSTICE

 

October 10, 2002

Do not publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Wright, J., and

McCall, J., and McCloud, S.J.[1]

 











[1]Austin McCloud, Retired Chief Justice, Court of
Appeals, 11th District of Texas at Eastland sitting by assignment.